**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Lisa A Morrow |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Tennessee (State) |
| Case number | 17-26253 |

# Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no. (if known):** 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 4209

**Property Address:** 144 Bald Eagle Run
Number          Street

Oakfield, TN 38362
City          State    Zip Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07/01/2022
MM/ DD /YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____
b. Total fees, charges, expenses, escrow, and cost outstanding:   + (b) $ _____
c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/____/____
MM/ DD /YYYY

| Debtor 1 | Lisa A Morrow | Case Number (if known) | 17-26253 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Anne Marie Throne                                    Date 07/08/2022
  Signature

Print:    Anne Marie Throne,              Bar No. TNBPR 036224        Title    Bankruptcy Attorney
          First name   Middle Name   Last name

Company    MCMICHAEL TAYLOR GRAY, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    3550 Engineering Drive, Suite 260
           Number         Street

           Peachtree Corners, GA 30092
           City          State    Zip Code

Contact phone    404-474-7149            Email:    athrone@mtglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Lisa A Morrow
144 Bald Eagle Run
Oakfield, TN 38362

**Via CM/ECF electronic service:**
Robert B Vandiver, Jr
227 W. Baltimore
P.O. Box 906
Jackson, TN 38302-0906

George W Stevenson
5350 Poplar Avenue, Suite 500
Memphis, TN 38119-3697

Dated: July 8, 2022

        Respectfully submitted,

        By: /s/ Anne Marie Throne
        Anne Marie Throne
        TNBPR 036224

        MCMICHAEL TAYLOR GRAY, LLC
        Attorney for Creditor
        3550 Engineering Drive, Suite 260
        Peachtree Corners, GA 30092
        Telephone: 404-474-7149
        Facsimile: 404-745-8121
        E-mail: athrone@mtglaw.com
        MTG File No.: 22-000462-02